UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| Marco Verch | ) | |
| Plaintiff, | ) ) | Docket No. 3:19-cv-1177 |
| v. | ) ) | |
| Toolfarm.com, Inc. | ) ) | |
| Defendant. | ) ) | |

MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF

CIVIL PROCEDURE 12(b)(2) OR ALTERNATIVELY TO

TRANSFER VENUE UNDER 28 U.S.C. §1404(a)

PLEASE TAKE NOTICE THAT Defendant Toolfarm.com, Inc ("Defendant") hereby moves the Court to dismiss the action pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction. Defendant so moves on the grounds that it does not have sufficient minimum contacts with the State of Indiana to support the exercise of general personal jurisdiction and Defendant's alleged conduct giving rise to Plaintiff's claims against Defendant does not support the exercise of specific personal jurisdiction because the conduct has no connection to the State of Indiana. Alternatively, should the Court find jurisdiction, Defendant moves to change venue to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §1404(a).

///

The instant motion is based upon the concurrently filed Memorandum of Points and Authorities and Declaration of Jason Sharp, the files and records in this case, and such other matter as may be presented prior to or at the hearing.

Dated: March 23, 2020

Respectfully submitted,

By: /s/ *Kevin R. Lussier*

Kevin R. Lussier *(admitted pro hac vice)*
Kim D. Ashley *(admitted pro hac vice)*
**VEATCH CARLSON, LLP**
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017
Phone: (213) 381-2861
Facsimile: (213) 383-6307
klussier@veatchfirm.com
kashley@veatchfirm.com

-and-

Adam C. Hawkins
**LAW OFFICES OF STAFF COUNSEL FOR FARMERS INSURANCE EXCHANGE**
161 N. Clark Street, Suite 1800
Chicago, IL 60601
Mailing Address:  P.O. Box 258829
Oklahoma City, OK 73125-8829
Phone: (312) 251-3530
adam.hawkins@farmersinsurance.com

*Attorneys for Toolfarm.com, Inc.*