UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| Marco Verch ) | |
| ) | |
| Plaintiff, ) | Docket No. 3:19-cv-1177 |
| ) | |
| v. ) | |
| ) | |
| Toolfarm.com, Inc. ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF JASON SHARP IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) OR ALTERNATIVELY TO TRANSFER VENUE UNDER 28 U.S.C. §1404(a)

I, Jason Sharp, hereby declare as follows:

1. I am over the age of eighteen and am not a party to the above-captioned action. I make this declaration of my own personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2. I am the President and Chief Executive Officer of Toolfarm.com, Inc. I reside in San Francisco, California. Toolfarm.com, Inc. is a Delaware corporation, headquartered and with its principal place of business in San Francisco, California. None of Toolfarm.com, Inc.'s officers or directors resides in the State of Indiana. No senior level executive of Toolfarm.com, Inc. resides or is based in South Bend, Indiana.

3. Toolfarm.com, Inc. is a reseller and distributor over the internet of video

1

software products, visual effects tools, and plugins, with an emphasis on After Effects, motion graphics, and 3D Animation tools.

4. Because Toolfarm.com, Inc. is an internet-based company, many of its employees work remotely via the internet.

5. Toolfarm.com, Inc. has no offices or places of business in the State of Indiana.

6. All of Toolfarm.com, Inc.'s files and records are in California.

7. Toolfarm.com, Inc. is not licensed to do business and has no authorized agent in the State of Indiana.

8. Toolfarm.com, Inc. maintains no bank accounts in the State of Indiana.

9. Toolfarm.com, Inc. has no real estate in Indiana, nor does it lease property in Indiana.

10. Users in Indiana represent approximately 0.003% of Toolfarm.com, Inc.'s total 2019 revenue, including both direct customers and Indiana customers purchasing through a reseller, not located in Indiana. If only Indiana direct customers are considered, it would be approximately 0.00176% of total revenue. These numbers are approximately the same year to year.

11. Of Toolfarm.com, Inc.'s eleven employees, it has one employee who works remotely from her residence in South Bend, Indiana, Heather Sutton. Ms. Sutton is not an officer or managing agent for Toolfarm.com, Inc. She is not a senior level executive. Her residence is not a place of business for Toolfarm.com, Inc., and it maintains no

offices at her residence or in South Bend, Indiana.  Ms. Sutton's duties involve cultivating relationships with Toolfarm.com, Inc's clients and value-added resellers, introducing new product lines, sharing product update information, and assisting in managing subscriptions and maintenance agreements, all via the internet.   Her duties are not directed specifically towards the State of Indiana or Indiana residents.  Her duties have nothing to do with selecting images for use on the website or design of the Toolfarm.com website.  Her duties have nothing to do with the alleged selection or use of Plaintiff's photograph on the Toolfarm.com website.

12.  Toolfarm.com, Inc. does not advertise in any publications specifically directed or geared towards Indiana or Indiana residents.  It does not direct any advertisement or marketing to Indiana or Indiana residents.  It merely has a website which can be accessed worldwide.

13.  Toolfarm.com, Inc. does not purposefully direct any of its activities towards the State of Indiana.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20th day of March, 2020 at San Francisco, California.

_____
Jason Sharp, Declarant