UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| Marco Verch | ) | |
| Plaintiff, | ) ) | Docket No. 3:19-cv-1177 |
| v. | ) ) | |
| Toolfarm.com, Inc. | ) ) | |
| Defendant. | ) ) ) | |

REQUEST FOR ORAL ARGUMENT IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) OR ALTERNATIVELY TO TRANSFER VENUE UNDER 28 U.S.C. §1404(a)

Defendant Toolfarm.com, Inc ("Defendant") respectfully requests oral argument pursuant to N.D. Ind. L.R. 7-5(a) in support of its Motion to Dismiss Amended Complaint or Alternatively to Transfer Venue.

///

///

///

Defendant requests oral argument so as to be able to address any questions that the Court may have regarding Defendant's contacts with the State of Indiana, as well as address any argument which may be raised during such hearing by Plaintiff.

Dated: March 23, 2020

Respectfully submitted,

By: /s/ *Kevin R. Lussier*

Kevin R. Lussier *(admitted pro hac vice)*
Kim D. Ashley *(admitted pro hac vice)*
**VEATCH CARLSON, LLP**
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017
Phone: (213) 381-2861
Facsimile: (213) 383-6307
klussier@veatchfirm.com
kashley@veatchfirm.com

-and-

Adam C. Hawkins
**LAW OFFICES OF STAFF COUNSEL FOR FARMERS INSURANCE EXCHANGE**
161 N. Clark Street, Suite 1800
Chicago, IL 60601
Mailing Address: P.O. Box 258829
Oklahoma City, OK 73125-8829
Phone: (312) 251-3530
adam.hawkins@farmersinsurance.com

*Attorneys for Toolfarm.com, Inc.*