UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

MARCO VERCH,

                Plaintiff,

-against-

TOOLFARM.COM, INC.

                Defendant

Docket No. 3:19-cv-1177

**STIPULATION REGARDING TRANSFER OF VENUE**

Plaintiff Marco Verch ("Plaintiff"), on the one hand, and Toolfarm.com, Inc. ("Defendant"), on the other hand, hereby agree, through their undersigned counsel as follows:

WHEREAS, Plaintiff filed a Complaint against Defendant on December 23, 2019 in the United States District Court, Northern District of Indiana, entitled *Marco Verch v. Toolfarm.com, Inc.*, Case No. 3:19-cv-1177 (the "Action");

THEREFORE, Plaintiff and Defendant, by and through their undersigned counsel, to avoid motion practice on the issue of personal jurisdiction hereby stipulate that the parties agree to transfer venue of the Action to the United States District Court for the Northern District of California.

IT IS FURTHER AGREED that Defendant shall file its response or answer to the Complaint within fourteen (14) days after the United States District Court for the Northern District of California opens and assigns a docket number to this matter.

1

IT IS SO STIPULATED AND AGREED.

Dated: April 3, 2020                           LIEBOWITZ LAW FIRM, PLLC

                                               By:/s/Richard Liebowitz
                                                  Richard Liebowitz
                                                  Attorneys for Plaintiff

Dated: April 6, 2020                           Respectfully submitted,


                                               By:   /s/ *Kevin R. Lussier*

                                                  Kevin R. Lussier *(admitted pro hac vice)*
                                                  Kim D. Ashley *(admitted pro hac vice)*
                                                  **VEATCH CARLSON, LLP**
                                                  1055 Wilshire Boulevard, 11th Floor
                                                  Los Angeles, CA 90017
                                                  Phone: (213) 381-2861
                                                  Facsimile: (213) 383-6307
                                                  klussier@veatchfirm.com
                                                  kashley@veatchfirm.com

                                                           -and-

                                                  Adam C. Hawkins
                                                  **LAW OFFICES OF STAFF COUNSEL FOR**
                                                  **FARMERS INSURANCE EXCHANGE**
                                                  161 N. Clark Street, Suite 1800
                                                  Chicago, IL 60601
                                                  Mailing Address:  P.O. Box 258829
                                                  Oklahoma City, OK 73125-8829
                                                  Phone: (312) 251-3530
                                                  adam.hawkins@farmersinsurance.com

                                                  *Attorneys for Toolfarm.com, Inc.*