Gregory P. Goonan (CA Bar No. 119821)
**THE AFFINITY LAW GROUP**
5230 Carroll Canyon Road, Suite 230
San Diego, California 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff Marco Verch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO VERCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOOLFARM.COM, INC.,<br><br>　　　　Defendant. | Case No. 20-cv-02491-SVK<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a settlement has been reached between plaintiff Marco Verch and defendant Toolfarm.com, Inc., who are currently negotiating the terms of a final written settlement agreement. Pursuant to such settlement, it is anticipated that this action will be voluntarily dismissed in its entirety upon the execution of the written settlement agreement, which is expected to occur within thirty (30) days of the date of this notice.

Dated: June 25, 2020          THE AFFINITY LAW GROUP

                              By: */s/ Gregory P. Goonan*
                                  Gregory P. Goonan
                                  Attorneys for Plaintiff
                                  Marco Verch