**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

KEVIN R. LUSSIER (SBN 143821)
klussier@veatchfirm.com
KIM D. ASHLEY (SBN 253160)
kashley@veatchfirm.com

Attorneys for Defendant, TOOLFARM.COM, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

APPROVED
Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO VERCH,<br><br>    Plaintiff,<br>v.<br><br>TOOLFARM.COM, INC.,<br><br>    Defendant. | Case No.: 5:20-cv-02491-BLF<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:   12/23/19<br>Trial Date:             None |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Marco Verch and
2 defendant Toolfarm.com, Inc. hereby stipulate through their counsel of record that this action be
3 dismissed in its entirety with prejudice. Each of the Parties to this action shall bear their own
4 attorneys' fees and costs.

|  |  |  |
|---|---|---|
|  |  | **THE AFFINITY LAW GROUP** |
| DATED: July 14, 2020 | BY: | *Gregory P. Goonan* |
|  |  | GREGORY P. GOONAN |
|  |  | Attorneys for Plaintiff |
|  |  | MARCO VERCH |
|  |  |  |
|  |  | **VEATCH CARLSON, LLP** |
| DATED: July 14, 2020 | BY: | *Kevin R. Lussier* |
|  |  | KEVIN R. LUSSIER |
|  |  | KIM D. ASHLEY |
|  |  | Attorneys for Defendant |
|  |  | TOOLFARM.COM, INC. |